UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-MJ-03851-AOR

UNITED STATES OF AMERICA,

v.

HABIB GEAGEA PALACIOS,

    Defendant.

_____/

## NOTICE OF LIMITED APPEARANCE

COMES NOW, ALEJANDRO D. DE VARONA, ESQ., and files this limited appearance as counsel for the Defendant, HABIB GEAGEA PALACIOS, in the above-styled cause. Counsel's appearance shall be limited, at this time, to matters relating to only the Defendant's pre-trial detention hearing. Counsel requests that all pleadings, notices, and/or other documents be sent to said counsel by the clerk of the above court.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22$_{nd}$ day of October, 2020, I electronically filed the foregoing with the Clerk of the Court by using CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record in the manner specified either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel who are not authorized to receive electronically Notices of Electronic

Filing.

          THE LAW OFFICES OF
          ALEJANDRO D. DE VARONA, P.A.
          9100 N.W. 36th Street
          Suite 110
          Doral, Florida 33178
          Office: (305) 227-7220
          Facsimile: (786) 497-3200
          E-Mail: adv@adevaronalaw.com

By: *Alejandro D. De Varona*
      ALEJANDRO DE VARONA, ESQ
      Florida Bar No.: 469343