UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-3851-OTAZO-REYES

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

HABIB GEAGEA PALACIOS,

    Defendant.

_____/

## NOTICE OF APPEARANCE

Now comes, the Federal Public Defender, by and through the undersigned Assistant Federal Public Defender Aimee Ferrer and gives notice that the undersigned is appearing as counsel for Defendant Habib Geagea Palacios in the above-captioned case. Please send notices and inquires to this attorney.

Respectfully Submitted,

**MICHAEL CARUSO**
**FEDERAL PUBLIC DEFENDER**

By:   */s/ Aimee Ferrer*
      Aimee Ferrer
      Assistant Federal Public Defender
      Florida Bar No. 17827
      150 W. Flagler Street, Suite 1700
      Miami, Florida 33130-1556
      Tel: (305) 530-7000
      Email: aimee_ferrer@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY certify that on **November 2, 2020**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: *s/ Aimee Ferrer*